229 So.2d 26

**Jimmy SCHOFIELD**

v.

**STATE of Alabama.**

**3 Div. 447.**

Supreme Court of Alabama.

Dec. 4, 1969.

MacDonald Gallion, Atty. Gen., and Richard F. Calhoun, Asst. Atty. Gen., for petitioner.

Williamson & Taber, Greenville, opposed.

HARWOOD, Justice.

Petition of the State, on the relation of its Attorney General, for certiorari to the Court of Criminal Appeals to review and revise the judgment and decision in Schofield v. State, 45 Ala.App. 191, 227 So.2d 822 (3 Div. 1).

Writ denied.

LIVINGSTON, C. J., LAWSON, SIMPSON, MERRILL, COLEMAN, BLOODWORTH and MADDOX, JJ., concur.

McCALL, J., not sitting.

235 So.2d 906

**Ex parte STATE ex rel. ATTOR-NEY GENERAL.**

**Henry Thompson ANDERSON, Jr.**

v.

**STATE.**

**4 Div. 387.**

Supreme Court of Alabama.

April 9, 1970.

MacDonald Gallion, Atty. Gen., and Lloyd G. Hart, Asst. Atty. Gen., for petitioner.

Farmer & Farmer, Dothan, opposed.

SIMPSON, Justice.

Petition of the State by its Attorney General for certiorari to the Court of Criminal Appeals to review and revise the judgment and decision in Anderson v. State, 45 Ala.App. 653, 235 So.2d 902.

Writ denied.

All the Justices concur, except MADDOX, J., not sitting.